UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JASON IFILL,

    Plaintiff,

v.                              Case No: 2:18-cv-713-FtM-29UAM

UNITED STATES SUGAR CORP.,
INTERNATIONAL ASSOCIATION OF
MACHINISTS AND AEROSPACE
WORKERS, Local Lodge 57, T.
J. GRAHAM, individually, and
MARK OSBORN, individually,

    Defendants.

_____

**ORDER**

This matter comes before the Court on review of the file. On December 27, 2018, defendant International Association of Machinists and Aerospace Workers, Local Lodge 57 (Local Lodge 57) filed a Motion to Quash Service and to Dismiss for Insufficient Service of Process. (Doc. #27.) In it, Local Lodge 57 sought to quash service on Local Lodge 57 and to be dismissed from this lawsuit because plaintiff failed to execute service of process on Local Lodge 57. On March 19, 2019, Local Lodge 57 filed a motion to dismiss (Doc. #52), in which it asserts it has "now been served with service of process and . . . withdraws its motion to quash." (Doc. #52, p. 1.)

Accordingly, it is hereby

**ORDERED:**

International Association of Machinists and Aerospace Workers, Local Lodge 57's Motion to Quash Service and to Dismiss for Insufficient Service of Process (Doc. #27) is **DENIED as moot.**

**DONE and ORDERED** at Fort Myers, Florida, this  31st  day of May, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record